**UNITED STATES BANKRUPTCY COURT**
**Western District of New York**
100 State Street
Rochester, NY 14614
www.nywb.uscourts.gov

| In Re: | | Case No.: 2–03–20001–JCN |
|---|---|---|
| Gerald F. Hoyt, officer/shareholder High Country Dairy Supplies, Inc.; officer/shareholder/mgr High Country IBA, LLC officer/shareholder High Country Dairy Supplies, Inc.; officer/shareholder/mgr High Country IBA, LLC. | SSN/Tax ID: xxx–xx–8012  xxx–xx–1231 | Chapter: 7 |
|   aka Jerry Hoyt, dba Gerald Hoyt Sales   Representative | | |
| Carolyn M. Hoyt | Debtor(s) | |

| IBA, Inc. | | A.P. No.: 2–05–02023–JCN |
|---|---|---|
| | Plaintiff(s) | |
|   v. | | |
| Gerald F. Hoyt | | |
| | Defendant(s) | |

# NOTICE OF ENTRY

**PLEASE TAKE NOTICE** of the entry of an Order, duly entered in the within action in the Clerk's Office of the United States Bankruptcy Court, Western District of New York on June 27, 2005 . The undersigned deputy clerk of the United States Bankruptcy Court, Western District of New York, hereby certifies that a copy of the subject Order was sent to all parties in interest herein as required by the Bankruptcy Code, The Federal Rules of Bankruptcy Procedure.

Dated: June 27, 2005

Paul R. Warren
Clerk, U.S. Bankruptcy Court

By:  P. Finucane
Deputy Clerk

**Form ntcentry**
Doc 20